**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| DAVID LOTZER, | |
| DIANA LOTZER, | NO. 05-27153 |
| | JUDGE: Black |
| DEBTOR | |

**NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATIONS**

Now comes the BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS SERIES 2003-S&D1, by and through its attorneys Fisher and Shapiro, LLC and in response to the "Notice of Payment of Final Mortgage Cure Amount under Paragraph B(2)(b) of Plan", states thatteh following amounts remain unpaid by debtors is is due and owing::

| | | |
|---|---|---|
| 03/10-08/10 monthly payments at $260.32 each | = $ | 1,561.92 |
| Property Inspections | =$ | 445.00 |
| TOTAL | = $ | 2,006.92 |

Respectfully submitted,

 /s/ Michael J. Kalkowski
Attorney for BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS SERIES 2003-S&D1

Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
05-2834D

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**